# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| DANNY SLATES, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:07CV297ERW |
| | ) | |
| SEYED SAJADI, ET AL., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

    The above-styled case was filed in the Eastern Division on February 9, 2007, and assigned to the Honorable E. Richard Webber. Because this case originated in the Macon County Circuit Court, jurisdiction of this matter lies with the Northern Division.

    IT IS HEREBY ORDERED that the above styled cause is transferred to the Northern Division of this court and assigned Case No.2:07cv11. The Honorable Jean C. Hamilton will preside.

    Case No.4:07cv297ERW is hereby administratively closed. Judge Webber's name will be replaced for future assignment.

Dated this 12th day of February, 2007

                                              James G. Woodward
                                              By: /s/ Lori Miller-Taylor

Please refer to Case No.**2:097cv11JCH** in all future matters concerning this case.

Dockets.Justia.com