UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| DANNY SLATES Individually and as Plaintiff Ad Litem for KARLA LAMMERS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SEYED SAJADI, M.D., et al., )<br>)<br>Defendants. ) | Case No. 2:07-CV-11 (JCH) |

## ORDER OF REMAND

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is **REMANDED** to the Circuit Court of Macon County, State of Missouri.

Dated this 9th day of May, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE